IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02701-PAB-MJW

TRACY RODRIGUEZ,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

---

## ORDER GRANTING LEAVE TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE CONFERENCE CALL
( Docket No. 10 )

---

THE COURT having reviewed the Stipulated Joint Motion for Leave to Appear At Scheduling Conference By Telephone Conference Call, pursuant to D.C.COLO.LCivR 7.1, and being fully advised in the premises, DOES HEREBY ORDER that counsel for plaintiff Tracy Rodriguez and counsel for defendant NCO Financial Systems, Inc. be and the same are hereby granted leave to appear by telephone conference call at the Fed. R. Civ. P. Rule 16(b) scheduling conference set for February 24, 2009 in the above-captioned civil action. The parties shall jointly call the Court at (303) 844-2403 at the appointed hour of 10:00 am for the scheduling conference.

BY THE COURT:

January 1+, 2009
DATE

U.S. MAGISTRATE JUDGE
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO